No. 82–142. NEWMAN ET AL. *v.* TIDWELL, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 82–143. COLE ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 82–144. HARRIS ET AL. *v.* RESEARCH FEDERAL CREDIT UNION ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–147. MUZII *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–150. RETAIL CLERKS UNION LOCAL 648 ET AL. *v.* JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (EXXON CORP. ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 82–153. JOHNSTON ET AL. *v.* NYBERG ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–160. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–163. INTERSTATE COMMERCE COMMISSION *v.* CITY OF CHEROKEE ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–165. SPEED *v.* GOODNER, A MINOR, BY HER GUARDIAN AD LITEM, HADLEY, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 82–170. FESSLER ET UX. *v.* REDEVELOPMENT AUTHORITY OF THE CITY OF WILKES-BARRE, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–171. MARINE TERMINALS CORP. ET AL. *v.* KELLY. C. A. 9th Cir. Certiorari denied.